```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14016
   MARCIANO WASHINGTON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-7341


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/03/07 .

    2.  The case was dismissed without confirmation, 11/09/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
WACHOVIA MORTGAGE FSB      CURRENT MORTG         .00            .00            .00
WACHOVIA MORTGAGE FSB      MORTGAGE ARRE   NOT FILED            .00            .00
CDA PONTIAC                UNSECURED       NOT FILED            .00            .00
CORPORATE AMERICA FEDERA   UNSECURED       NOT FILED            .00            .00
CREDIT ONE BANK            UNSECURED       NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00            .00
MAZDA AMERICAN CREDIT      UNSECURED       NOT FILED            .00            .00
SAMS CLUB                  UNSECURED       NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       64.00            .00            .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00       64.00         .00          .00         64.00
PRINCIPAL PAID          .00         .00         .00          .00           .00
INTEREST PAID           .00         .00         .00          .00           .00
TOTAL PAID              .00         .00         .00          .00           .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3500.00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 02/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 14016 MARCIANO WASHINGTON
```